AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RUSSELL COHEN,

      Plaintiff,         JUDGMENT IN A CIVIL CASE

V.

                            CASE NUMBER:  **3:06-CV-00630-BES-RAM**

JERRY BAINBRIDGE, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant's Motion to Dismiss (#14) and Motion for Court Decision on Defendant's Motion to Dismiss (#18) are GRANTED.

   January 22, 2009                             **LANCE S. WILSON**
                                                              Clerk

                                                         /s/ D. R. Morgan
                                                           Deputy Clerk